# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 11-cr-00129-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GREGORY E. WHITE, and
MARY L. WHITE,

       Defendants.

---

## ORDER VACATING TRIAL DATES AND
## ORDER TO CALL TO SET CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition for Defendant Mary L. White (Doc. # 35) in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for September 19, 2011, and the four-day jury trial set to commence on September 26, 2011, are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-844-3800) <u>no later than September 23, 2011</u> to set this matter for a Change of Plea Hearing.

DATED: September 14, 2011

                                                      BY THE COURT:

                                                      *s/ David M. Ebel*

                                                      _____
                                                      DAVID M. EBEL
                                                      United States Circuit Judge
                                                      District of Colorado