**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

Courtroom Deputy:  Emily Seamon
Court Reporter:     Tammy Hoffschildt
Probation Officer:  Michelle Means

Date:  January 10, 2012

Criminal Action No. 11-cr-00129-DME-2

*Parties:*                                                   *Counsel:*

UNITED STATES OF AMERICA,                                    Tim Neff

    Plaintiff,

v.

2. MARY L. WHITE,                                            Joe Izen, Jr.

    Defendant.

---

### SENTENCING MINUTES

---

**11:05 a.m.     Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

**Change of Plea Hearing was held on October 19, 2011.**

**Defendant plead guilty to Count 3 of the Superseding Indictment.**

Defendant sworn.

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:** Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) [Doc. No. 56, Filed December 16, 2011] is GRANTED.

**ORDERED:** Defendant, Mary L. White's, Motion for Variance in Sentencing [Doc. No. 58, Filed December 22, 2011] is GRANTED IN PART AND DENIED IN PART.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**HOME DETENTION:**
Defendant is sentenced as to Count 3 of the Superseding Indictment to home detention for a period of eight (8) months.

**PROBATION:**
Defendant is sentenced as to Count 3 of the Superseding Indictment to probation for a term of three (3) years.

**Conditions of probation:**
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.

**Special conditions of probation:**
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X) Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding Internal Revenue Service financial obligation.
- (X) Defendant shall comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding state and federal income taxes.  This includes resolution of any tax arrearages as well as continued compliance with state and federal laws regarding the filing of taxes.
- (X) Defendant shall submit to financial monitoring by, or at the direction of, the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $100.00, due and payable immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   A complete copy of the presentence report shall be prepared for the Bureau of Prisons and the United States Sentencing Commission. Any other copies of the presentence report and the addendum shall remain confidential. If an appeal is filed, counsel on appeal will be permitted access to the report.

**ORDERED:**   Bond is continued until Defendant has commenced service of her home confinement.

**11:40 a.m.   Court in recess.**
Hearing concluded.
Total in-court time:   00:35